**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DeRAFFELE,** : | |
| Plaintiff : | **CIVIL ACTION NO. 3:16-2042** |
| : | **(JUDGE MANNION)** |
| **v.** : | |
| **CITY OF HAZLETON,** : | |
| **NORTHEAST REVENUE SERVICE** | |
| **LLC, and CASTILLO MIOZOTY,** : | |
| Defendants : | |

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's emergency motion for an injunction to stop the transfer of the deed to his 651 Carson Street property to defendant Miozoty, **(Doc. 2)**, is **DENIED**;

**(2)** the complaint, **(Doc. 1),** is **DISMISSED** for lack of subject matter jurisdiction, *inter alia,* under the Tax Injunction Act, 28 U.S.C. §1341; and

**(3)** the clerk of court is direct to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 24, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2042-01-ORDER.wpd